In the Matter of WILLIAM J. FORD, Respondent, v. WILLIAM P. BURNS, as Mayor and Commissioner of Public Safety of the City of Binghamton, et al., Appellants.— *Per Curiam.*

1158

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.